*French* was on the brief, for appellant. *Mr. Kenneth M. Spence* for appellee.

No. 30. WESTON *v.* BEAVER-REMMERS-GRAHAM CO. ET AL. ▓▓▓▓▓▓▓▓▓▓▓▓ Argued December 5, 1930. Decided December 8, 1930. *Per Curiam:* The motion of the appellees to dismiss the appeal herein is granted, and it is ordered that the appeal be, and the same is hereby, dismissed for the want of a substantial federal question. *Wabash R. Co.* v. *Flannigan,* 192 U. S. 29; *Erie R. Co.* v. *Solomon,* 237 U. S. 427; *Zucht* v. *King,* 260 U. S. 174; *Sugarman* v. *United States,* 249 U. S. 182; *C. A. King & Co.* v. *Horton,* 276 U. S. 600; *Bank of Indianola* v. *Miller,* 276 U. S. 605; *Roe* v. *Kansas,* 278 U. S. 191. *Mr. Guy H. Wells* argued the cause and *Messrs. Wellmore B. Turner* and *E. H. Turner* filed a brief for appellants. *Messrs. Murray Seasongood, J. Sprigg McMahon, Irvine G. Bieser, Andrew A. Thomas,* and *Lester A. Jaffe* were on the brief for appellees.

No. 21, original. EX PARTE DAUGHERTY. Return to rule submitted January 5, 1931. Decided January 12, 1931. Upon consideration of the return of the Honorable George W. McClintic, Judge of the District Court of the United States for the Southern District of West Virginia to the rule, issued in this case, to show cause why a writ of mandamus should not issue herein, it is now here ordered that the said rule be, and the same is hereby, discharged, and that the said petition be, and the same hereby is, denied without prejudice to an application to the Circuit Court of Appeals for the Fourth Circuit. *Mr. Richard L. Merrick* for petitioner. *Solicitor General Thacher* and *Mr. Erwin N. Griswold* for respondent.